IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| M.A. and A.A.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and the EISNER LLP GROUP LIFE MEDICAL AND LTD PLAN<br><br>　　　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION OF THE PARTIES FOR ORDER OF TRANSFER**<br><br>Case No. 2:23-CV-00074 -RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Based upon the Stipulated Motion of the Parties for Order of Transfer,[1] and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. This Matter is ORDERED to be transferred to the United States District Court for the Southern District of New York.

3. As to the original Complaint,[2] the Motion to Dismiss, Alternative Motion for Transfer of Venue[3] filed by Defendant Eisner LLP Group Life Medical and LTD Plan (Plan) is DENIED as to the Motion to Dismiss, but GRANTED as to the Motion to transfer Venue; and

---

[1] Dkt. 20.

[2] Dkt. 1.

[3] Dkt. 15.

4. As to the Amended Complaint,[4] Defendant Plan shall file an Answer or otherwise respond to the Amended Complaint on or before fourteen (14) business days following completion of the transfer to the Southern District of New York.

So ORDERED this 21st day of July, 2023

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Court Judge

---

[4] Dkt. 19.